30 So.2d 466

### Clifton O. MANN v. STATE.

### 8 Div. 387.

Supreme Court of Alabama.

May 8, 1947.

Douglass Taylor and Chas. E. Shaver, both of Huntsville, for petitioner.

A. A. Carmichael, Atty. Gen., and John O. Harris, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Clifton O. (alias C. O.) Mann for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Mann v. State, 30 So.2d 462.

Writ denied.

All the Justices concur.